IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02655-RPM

JENNIFER TRELOAR,
RUDOLFO ARCHIBEQUE,

  Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC),

  Defendant.

___

ORDER FOR DISMISSAL
___

  Pursuant to the Stipulated Motion for Dismissal with Prejudice [14] filed June 8, 2011, it is

  ORDERED that this action is dismissed with prejudice and it is

  FURTHER ORDERED that all pending deadlines which are currently scheduled to occur are vacated.

  Dated: June 9th, 2011

           BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior District Judge